IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00939-EWN-CBS
(Venued in N.D.Ill.; File No. 01 C 6934)

LIQUID DYNAMICS CORPORATION,

      Plaintiff,

v.

VAUGHAN COMPANY, INC.,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Upon review of the "Stipulation for Resolution of Discovery Dispute" (*doc. no. 22)* filed on June 18, 2007,

IT IS ORDERED that the Amended Motion to Compel Production of Documents Pursuant to Third-Party Subpoena (*doc. no. 6)* is **DENIED**, without prejudice, as withdrawn.

IT IS FURTHER ORDERED that the hearing set for June 19, 2007, is **VACATED**.

IT IS FURTHER ORDERED that unless an amended motion to compel is filed on or before **July 30, 2007,** this miscellaneous civil action shall be dismissed, without prejudice, and without additional prior notice to the parties.

**DATED:**    June 18, 2007