IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00939-EWN-CBS
(Venued in N.D.Ill.; File No. 01 C 6934)

LIQUID DYNAMICS CORPORATION,

    Plaintiff,

v.

VAUGHAN COMPANY, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

Pursuant to the court's minute order dated June 18, 2007 (*doc. no. 23)* counsel have not filed an amended motion to compel. Accordingly, pursuant to D.C. COLO. LCivR 72.1 B. 7., this civil action is CLOSED.

**DATED:**     August 14, 2007